UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
**DAVID BLANDING**,

                              Plaintiff,

                  - against -

**DANIEL F. MARTUSCELLO** III, Commissioner of the New York State Department of Corrections and Community Supervision; **CAROL MOORES,** Deputy Commissioner and Chief Medical Officer; **SUSANNA NAYSHULER,** Regional Health Services Administrator; **MARK MILLER,** Superintendent of Green Haven Correctional Facility; **TARA JOAN,** Deputy Superintendent of Health Services; **JOHN T. HAMMER,** Facility Health Services Director of Green Haven Correctional Facility; and **CHINYERE OGHIDE,** Medical Provider at Green Haven Correctional Facility,

                         Defendants.

26-CV-4999 (LAK) (KHP)

------------------------------------------------------------------------ X

        DANIELLE FEIJÓO-SNIDE hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

        1.      I am an Assistant Commissioner at the New York State Department of Corrections and Community Supervision ("DOCCS") Division of Health Services, and have held this role since February 23, 2024. I submit this Declaration in opposition to the motion for a preliminary injunction by Plaintiff David Blanding.

        2.      As Assistant Commissioner, my duties include oversight of health service operational activities, oversight of state-wide nursing operations, oversight of the Medicated Assisted Treatment Program, oversight of our gender affirming care services, assisting the Deputy Commissioner/Chief Medical Officer in the development of necessary procedures/guidelines for the operations of Health Services, and oversight of the long-range planning for healthcare delivery.

        3.      This information contained in this declaration is based upon my personal knowledge, as well as a review of the documents pertaining to Plaintiff maintained by DOCCS in the ordinary course of its business.

4.      Mr. Blanding was evaluated on the following dates by a primary care provider, Defendant Nurse Practitioner Chinyere Oghide on February 9 and 11, and May 11, 2026; and by Defendant Nurse Practitioner (and Acting Facility Health Service Director) Tara Joan on March 31, 2026.  He was also seen by Nurse Practitioner Lorraine Rodriguez at emergency sick calls on December 29, 2025 (to discuss his plan of care for his upcoming appointments), by Registered Nurse Shanielle Williams on March 9, 2026 following chest pain and shortness of breath – and then referred to Vassar Brothers Hospital by Defendant Oghide.  Nurse Rodriguez saw Mr. Blanding again on April 21, 2026 regarding his various medical referrals and scheduling

5.      Mr. Blanding was also seen by an oncologist (Dr. Hurwitz) at Westchester Medical Center on February 26 and March 6, 2026.

6.      Mr. Blanding was seen by a cardiologist (Dr. Tartaglia) at Westchester Medical Center on April 23, 2026, to clear him for his upcoming cystoscopy.  However, because Mr. Blanding was complaining of chest pain and shortness of breath on that date, the cardiologist sent Mr. Blanding to the hospital's emergency room, and scheduled him for a stress test on June 5, 2026.  The results of the stress test indicated no cardiac contraindication to proceeding with a cystoscopy.

7.      In the meantime, Plaintiff had been scheduled for a cystoscopy on May 6, 2026 but it was cancelled – by his own urologist, Dr. Fullerton – when Dr. Fullerton realized that Mr. Blanding was allergic to gold, and that the fiducial markers contain gold compounds.  Via e-mail sent to DOCCS personnel on June 9, 2026, Dr. Fullerton wrote:  "We have found a product which does not have gold.  He will be scheduled in a few weeks" for a make-up procedure.

8.      Westchester Medical Center's Urology Department subsequently identified an alternative product and notified DOCCS' Central Office Scheduling staff that the cystoscopy would be rescheduled, with a tentative date during the third week of July 2026.  Once the fiducial

markers are implanted, Mr. Blanding will follow up with Westchester Medical Center's Radiation Oncology department (Dr. Hurwitz), to undergo Stereo-Tactic Radio Surgery ("SRS").

9.      I am aware that Mr. Blanding alleges that he suffers from "chronic kidney disease," but a review of his medical records reveals no documented diagnosis of such. A single laboratory result dated March 16, 2026 showed a decreased glomerular filtration rate ("GFR"); however, subsequent laboratory testing demonstrated normal renal function.  Indeed, Mr. Blanding has had eight separate sets of blood tests done since April 2025, all of which demonstrated GFR within normal limits.

10.     Mr. Blanding's February 11, 2026 visit with NP Oghide included a hypertensive chronic care follow-up, and he is scheduled for another follow-up visit with her on June 23, 2026.

11.     Mr. Blanding is scheduled to see rheumatologist Dr. Martin Morell via tele-med on June 26, 2026 for management of his rheumatoid arthritis.

12.     I understand that Mr. Blanding cannot move forward with any significant cancer treatments in his bladder or prostate until the cystoscopy is completed so his fiducial markers can be placed.  However, he continues to be able to see his providers at Green Haven Correctional Facility for routine care, such as at daily sick calls.

Dated: Albany, New York
        June 22, 2026

 */s/ Danielle Feijóo-Snide*
DANIELLE FEIJÓO-SNIDE

3