UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID BLANDING,

> Plaintiff,

-against-

DANIEL F. MARTUSCELLO III,
Commissioner of the New York State
Department of Corrections and Community
Supervision; CAROL MOORES, Deputy
Commissioner and Chief Medical Officer;
SUSANNA NAYSHULER, Regional Health
Services Administrator; MARK MILLER,
Superintendent of Green Haven Correctional
Facility; TARA JOAN, Deputy Superintendent
of Health Services; JOHN T. HAMMER,
Facility Health Services Director of Green
Haven Correctional Facility; and CHINYERE
OGHIDE, Medical Provider at Green Haven
Correctional Facility;

> Defendants.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/30/2026

Case No.: 1:26-cv-4999

PRELIMINARY INJUNCTION
~~ORDER~~

WHEREAS the Court has considered Plaintiff's motion for a preliminary injunction

and heard arguments from the parties on June 25, 2026; and,

WHEREAS the Court finds that Plaintiff is likely to succeed on the merits of his claim;

likely to suffer irreparable harm in the absence of injunctive relief; and the request for relief

is narrowly tailored to correct the harm alleged, it is, therefore: *and will enter further findings and conclusions as time permits,*

ORDERED that Plaintiff's motion for a preliminary injunction is GRANTED; and it

is hereby

1

**ORDERED** that Defendants, Commissioner Daniel F. Martuscello III, Deputy Commissioner and Chief Medical Officer Dr. Carol Moores, Regional Health Services Administrator Susanna Nayshuler, Superintendent Mark Miller, Deputy Commissioner of Health Services Tara Joan, Facility Health Services Director Dr. John T. Hammer, and Nurse Practitioner Chinyere Oghide, in their official capacities, are hereby restrained and enjoined to develop and carry out a medical care and treatment plan (the "Plan") to address Plaintiff David Blanding's serious medical needs, as follows:

1. No later than July 8, 2026, Defendants shall consult with the appropriate specialists at Westchester Medical Center (the "Westchester Medical Team"), including, but not limited to, Dr. Sean Fullerton, Plaintiff's urologist, to confirm what treatments and/or procedures Plaintiff requires; and,

2. No later than July 10, 2026, at 12:00 p.m., Defendants shall finalize a written treatment Plan for Plaintiff's serious medical needs, consistent with the recommendations of his Westchester Medical Team, which shall include:

   a. The identification of the specific procedure(s) and treatment(s) necessary to treat Mr. Blanding's prostate cancer, bladder cancer, and chronic kidney disease, including any pre-operative consultations or testing which must be completed prior to the implementation of the identified procedure(s) or treatment(s);

   b. A schedule for safely administering all pre-operative needs, including, but not limited to, a schedule for tapering Mr. Blanding off his blood thinners prior to any surgeries identified in the Plan (i.e., how many days before a specific surgery or procedure tapering should begin);

   c. The prospective date, time, and treatment provider of each of the necessary procedure(s) and treatment(s) identified in the Plan; and,

**IT IS FURTHER ORDERED** that while scheduling and arranging the appointments necessary to carry out the Plan, Defendants shall ensure that the appropriate persons in the Department of Corrections and Community Supervision ("DOCCS") and Green Haven Correctional Facility, as well as Plaintiff's Westchester Medical Team, are aware of the urgency with which Mr. Blanding requires treatment so that the necessary procedure(s) and treatment(s) can occur as quickly as possible; and,

**ORDERED** that Defendants shall ensure that the appropriate persons in DOCCS, Green Haven Correctional Facility, and Westchester Medical Center are aware of all of Mr. Blanding's current and/or relevant health information and allergies which may affect his ability to promptly receive treatment or otherwise affect the care identified in the Plan; and,

**ORDERED** that no later than July 10, 2026 at 12:00 p.m., Defendants shall provide a copy of the written treatment Plan to Plaintiff's counsel for a period of review (until July 13, 2026 at 12:00 p.m.), after which the parties shall confer in good faith to address any issues with the Plan identified by Plaintiff's counsel; and,

**ORDERED** that no later than July 14, 2026 by 12:00 pm, Defendants shall file a copy of the Plan, with the appropriate redactions and/or under seal, to be so-ordered by the Court, *or*, if the parties have reached an impasse on the contents or adequacy of the Plan, both parties shall file their proposed Plan with their objection(s) by the same time; and,

**ORDERED** that no later than July 14, 2026, Defendants shall provide a copy of the Plan to the Plaintiff David Blanding at Green Haven Correctional Facility, with the dates and times of outside appointments redacted for security reasons, *or*, if judicial intervention is

required to finalize the Plan, Defendants shall provide the Plan to Mr. Blanding within 24 hours of the Court's order; and,

**ORDERED** that (1) within 48 hours after the completion of each of the procedure(s) or treatment(s) identified in the Plan, Defendants counsel shall confirm in writing to Plaintiff's counsel that the procedure(s) or treatment(s) is complete, *or* (2) within 48 hours of the cancellation or rescheduling of any part of the Plan, provide to Plaintiff's counsel, in writing, the reason for that cancellation or rescheduling, and provide the new date and time of the cancelled or rescheduled treatment or appointment; and,

**ORDERED** that if at any time Plaintiff's medical needs require deviation from the initial written Plan, Defendants shall not delay in making such changes or providing such treatments consistent with the orders and medical directives of the Westchester Medical Team, and notify Plaintiff's counsel of these changes to the Plan within 48 hours; and,

**ORDERED** that Defendants shall, every two weeks, from the date the Plan is finalized through the pendency of this injunction or any extensions thereto, file with the Court, under seal or with the appropriate redactions, a sworn declaration, made under the penalty of perjury from someone with personal knowledge of the Plan and compliance therewith, demonstrating, in detail, compliance with the Plan and any changes or additions which are necessary to address Plaintiff's serious medical needs; and,

**ORDERED** that during the pendency of this injunction or any renewal thereof, if Plaintiff reasonably believes that Defendants have failed to carry out any part of the Plan, he shall not seek judicial intervention or otherwise make a motion to contempt unless Defendants are first given written notice of the alleged non-compliance and provided at

4

least three (3) business days to cure any alleged failure and provide written confirmation to Plaintiff's counsel that the failure has been cured; and,

**ORDERED** that the parties shall engage in good faith negotiation to resolve any issues regarding compliance with or changes to the Plan before judicial intervention is sought, including, but not limited to, changes or updates to the Plan consistent with the directives of the Westchester Medical Team or Plaintiff's evolving medical needs and/or the reasonable security needs of Green Haven Correctional Facility; and,

**ORDERED** that, within 24 hours after the parties have conferred and agreed upon any changes or additions to the Plan, Defendants shall provide a copy of the revised Plan to Plaintiff at Green Haven Correctional Facility, with the dates and times of outside appointments redacted for security reasons; and,

**ORDERED** that, within 24 hours after the parties have conferred and agreed upon any significant, **substantive** changes or additions to the treatments or procedures identified in the Plan, Defendants shall file a copy of the revised Plan, with the appropriate redactions and/or under seal, to be so ordered by the Court; however, a copy of the revised Plan need not be submitted to the Court if the changes are solely related to scheduling or transportation logistics, provided that such changes are promptly communicated to the Plaintiff and Plaintiff's counsel in a manner consistent with this Order.

Dated: New York, New York
    June 30 , 2026

Issued at 9:15 am

_____
Hon. Lewis A. Kaplan
United States District Court Judge