UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

DAVID BLANDING,

Plaintiff,

26-cv-4999 (LAK)

-against-

DANIEL F. MARTUSCELLO III, Commissioner of the New York State Department of Corrections and Community Supervision, *et al.*,

Defendants.

---------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/27/2026

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The Clerk respectfully is directed to seal Docket 30. The parties shall submit to chambers proposed redacted versions of the exhibits within seven days.

SO ORDERED.

Dated: July 27, 2026

Lewis A. Kaplan
United States District Judge