USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-28-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

DAVID BLANDING,

Plaintiff,

-against-

26-cv-4999 (LAK)

DANIEL F. MARTUSCELLO III, *et al.*,

Defendants.

---------------------------------------- x

**AMENDED AND EXTENDED PRELIMINARY INJUNCTION ~~ORDER~~**

LEWIS A. KAPLAN, *District Judge.*

**WHEREAS** the Court entered a preliminary injunction ~~order~~ in this case on June 30, 2026 (the "June 30 Order"); and

**WHEREAS** pursuant to the June 30 Order the Court so-ordered a Plan of Care for David Blanding on July 16, 2026, and thereafter issued an amended and clarified order adopting the Plan of Care on July 20, 2026 (the "Plan of Care"); and

**WHEREAS** the Court entered a memorandum opinion on July 23, 2026 in which the Court made further findings of fact and conclusions of law in support of the issuance of the June 30 Order; and

**WHEREAS** the Defendants submitted status reports on July 28, August 11, August 25, September 8, and September 22 of 2026, and the Court held a hearing with the parties on August 12, 2026; and

**WHEREAS** the Plaintiff has been transferred from Green Haven Correctional Facility to Sing Sing Correctional Facility; and

**WHEREAS** the June 30 Order automatically expires on September 28, 2026, pursuant to 18 U.S.C. § 3626(a)(2); and

**WHEREAS** in light of Plaintiff's ongoing serious medical needs and upon review of the record, the Court finds that preliminary injunctive relief continues to be warranted during the pendency of this action; and

**WHEREAS** the Court finds that Plaintiff is likely to succeed on the merits of his claim, that Plaintiff is likely to suffer irreparable harm in the absence of injunctive relief, and that the balance of the equities and the public interest favor awarding preliminary relief; and

**WHEREAS** the Court finds that the injunctive relief awarded herein is narrowly drawn, extends no further than necessary to correct the harm the Court finds requires preliminary relief, and is the least intrusive means necessary to correct that harm, it is therefore:

**ORDERED** that Defendants, in their official capacities, are hereby restrained and enjoined to carry out the Plan of Care that was so-ordered by this Court on July 16, 2026, as modified by any subsequent agreements of the parties made pursuant to the procedures outlined in the June 30 Order; and

**IT IS FURTHER ORDERED** that while scheduling and arranging the appointments necessary to carry out the Plan of Care, Defendants shall ensure that the appropriate persons in the Department of Corrections and Community Supervision ("DOCCS") and Sing Sing Correctional Facility, as well as Plaintiff's Westchester Medical Team, are aware of the urgency with which Mr. Blanding requires treatment so that the necessary procedure(s) and treatment(s) can occur as quickly as possible; and

**IT IS FURTHER ORDERED** that Defendants shall ensure that the appropriate persons in DOCCS, Sing Sing Correctional Facility, and Westchester Medical Center are aware of all of Mr. Blanding's current and/or relevant health information and allergies which may affect his ability to promptly receive treatment or otherwise affect the care identified in the Plan of Care; and

**IT IS FURTHER ORDERED** the (1) within 48 hours after the completion of each of the procedure(s) or treatment(s) identified in the Plan of Care, Defendants counsel shall confirm in writing to Plaintiff's counsel that the procedure(s) or treatment(s) is complete, *or* (2) within 48 hours of the cancellation or rescheduling of any part of the Plan of Care, provide to Plaintiff's counsel, in writing, the reason for that cancellation or rescheduling, and provide the new date and time of the cancelled or rescheduled treatment of appointment; and

**IT IS FURTHER ORDERED** that if at any time Plaintiff's medical needs require deviation from the Plan of Care, Defendants shall not delay in making such changes or providing such treatments consistent with the orders and medical directives of the Westchester Medical Team, and notify Plaintiff's counsel of these changes to the Plan of Care within 48 hours; and

**IT IS FURTHER ORDERED** that the Defendants shall on October 6, 2026, and every two weeks thereafter during the pendency of this preliminary injunction, file with the Court, under seal or with the appropriate redactions, a sworn declaration, made under the penalty of perjury from someone with personal knowledge of the Plan of Care and compliance therewith, demonstrating, in detail, compliance with the Plan of Care and any changes or additions which are necessary to address Plaintiff's serious medical needs; and

**IT IS FURTHER ORDERED** that during the pendency of this injunction, if Plaintiff reasonably believes that Defendants have failed to carry out any part of the Plan of Care, he shall not seek judicial intervention or otherwise make a motion for contempt unless Defendants

are first given written notice of the alleged non-compliance and provided at least three (3) business days to cure any alleged failure and provide written confirmation to Plaintiff's counsel that the failure has been cured; and

**IT IS FURTHER ORDERED** that the parties shall engage in good faith negotiation to resolve any issues regarding compliance with or changes to the Plan of Care before judicial intervention is sought, including, but not limited to, changes or updates to the Plan of Care consistent with the directives of the Westchester Medical Team or Plaintiff's evolving medical needs and/or the reasonable security needs of Sing Sing Correctional Facility; and

**IT IS FURTHER ORDERED** that, within 24 hours after the parties have conferred and agreed upon any changes or additions to the Plan of Care, Defendants shall provide a copy of the revised Plan of Care to Plaintiff at Sing Sing Correctional Facility, or wherever he may then be housed, with the dates and times of outside appointments redacted for security reasons; and

**IT IS FURTHER ORDERED** that, within 24 hours after the parties have conferred and agreed upon any significant, **substantive** changes or additions to the treatments or procedures identified in the Plan of Care, Defendants shall file a copy of the revised Plan of Care, with the appropriate redactions and/or under seal, to be so ordered by the Court; however, a copy of the revised Plan need not be submitted to the Court if the changes are solely related to scheduling or transportation logistics, provided that such changes are promptly communicated to the Plaintiff and Plaintiff's counsel in a manner consistent with this order.

Dated: September 28, 2026
New York, New York

Issued at 10:36 am

Lewis A. Kaplan
United States District Judge